UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 02-20806-CV-UNASSIGNED/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

2.50 ACRES OF LAND, MORE OR LESS,
IN THE COUNTY OF DADE, STATE OF
FLORIDA; and SUN-RAND CO., AS
TRUSTEE, et al., and UNKNOWN OWNERS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation entered by United States Magistrate Judge William C. Turnoff **[D.E. 93]** on Plaintiff's Joint Motion for the Entry of Stipulated Judgment as to Just Compensation **[D.E. 80]**, and Plaintiff's Motion to Dismiss Interested Parties and Motion for Entry of Stipulated Judgment as to Just Compensation and Final Order of Distribution **[D.E. 81]**.

The Court has reviewed the entire file and record. No Party has filed objections to the Magistrate's Report and Recommendation. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

(1)    Magistrate Judge Turnoff's Report and Recommendation **[D.E. 93]** is hereby **ADOPTED**;

(2)    Plaintiff's Motion to Dismiss Interested Parties **[D.E. 81]** is **GRANTED**; and

(3)    The Joint Motion for the Entry of Stipulated Judgment as to Just Compensation

[D.E.80] is **GRANTED**.

      **DONE AND ORDERED** in Chambers at Miami, Florida on this \_\_8th\_\_ day of \_\_July\_\_ 2008

                                            _____
                                            FEDERICO A. MORENO
                                            CHIEF UNITED STATES DISTRICT JUDGE

cc:      Service List